IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. FOSKETT, MARY CHRISTINE
FOSKETT and PHYSICIANS' BENEFITS
TRUST LIFE INSURANCE COMPANY,

  Plaintiffs,

v.

GREAT WOLF RESORTS, INC. and
GREAT BEAR LODGE OF WISCONSIN
DELLS, LLC,

  Defendants/Third-Party Plaintiffs,

v.

NEUMAN POOLS, INC., WATER
TECHNOLOGY, INC., PROSLIDE
TECHNOLOGY INC., LIBERTY
SURPLUS INSURANCE
CORPORATION, LEXINGTON
INSURANCE COMPANY, NATIONAL
SURETY CORPORATION, GREAT
LAKES SERVICES, LLC, BLACK WOLF
LODGE, LLC, TALL PINES RENTAL
LLC, n/k/a J&A REAL ESTATE
VENTURE LLC, TALL PINES REALTY,
LLC, TALL PINES DEVELOPMENT OF
WISCONSIN DELLS, LLC,
ARCHITECTURAL DESIGN
CONSULTANTS, INC. and PLANNING
DESIGN BUILD, INC.,

  Third-Party Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 06-cv-503-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Third-Party Defendants Black Wolf Lodge, LLC, J & A Real Estate Venture LLC, Tall Pines Realty, LLC,

and Tall Pines Development of Wisconsin Dells, LLC ("Sellers") and against Third-Party Plaintiff Great Bear Lodge of Wisconsin Dells, LLC ("Buyer") upon Sellers' counterclaim for indemnification. Buyer shall (a) indemnify Sellers from all claims asserted against them in this matter, (b) reimburse Sellers for "all reasonable costs and expenses (including, but without limitation, reasonable attorney fees and costs)" incurred in investigating and defending against Plaintiffs' and Buyer's claims, and in successfully enforcing the terms of the Asset Purchase Agreement against Buyer.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Third-Party Defendants Black Wolf Lodge, LLC, Tall Pines Rental LLC, n/k/a J&A Real Estate Venture LLC, Tall Pines Realty, LLC, and Tall Pines Development of Wisconsin Dells, LLC against Third-Party Plaintiff Great Bear Lodge of Wisconsin Dells, LLC in the amount of $714,842.98 as attorney fees and costs.

Approved as to form this 4th day of November, 2008.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_____     11-05-2008
Joel W. Turner, Acting Clerk of Court          Date